UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
PAUL I. LEVY
ERICA D. LEVY  CASE NO. 08-73694

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Nationstar Mortgage LLC     **Court claim #:** (if known) 11

**Last four digits** of any number used to identify the debtor's account: 2384

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $5990.47 |
| Amount Paid by Trustee | $5990.47 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐  Thru the Chapter 13 Plan          ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   August 24, 2012          /s/Lydia S. Meyer
                                  Lydia S. Meyer, Trustee
                                  308 W. State St., Suite 212
                                  Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 24th Day of August, 2012.

Dated:   August 24, 2012          /s/Cynthia K. Burnard

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

SUNTRUST MORTGAGE
BANKRUPTCY DEPARTMENT
PO BOX 26149
RICHMOND, VA  23260-6149

GERACI LAW LLC
ATTORNEY JASON A KARA
55 E. MONROE ST., SUITE 3400
CHICAGO, IL  60603

PAUL I LEVY
ERICA D. LEVY
5009 HOME AVENUE
MC HENRY, IL  60050